IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

John J. Koresko, V,
Jeanne Bonney,
Lawrence Koresko,
PennMont Benefit Services, Inc.,
Koresko & Associates, P.C.
The Koresko Law Firm, P.C.
        Plaintiffs

Civil Action

09-3152

vs

Hilda Solis, Secretary, United States
Department of Labor, Joan Roller, Assistant
Solicitor. United States Department of Labor,
Linda Henry, Assistant Solicitor,
United States Department of Labor, and
Natalie Appetta, Assistant Solicitor,
United States Department of Labor, and
Catherine Oliver Murphy, Assistant Solicitor,
United States Department of Labor, and
Donald Neely, Assistant Solicitor,
United States Department of Labor, and
Mabel Capolongo, Regional Director
Philadelphia Office United States Department
Of Labor, Fred Seigert, Investigator, United
States Department of Labor, Bindu George,
Investigator, United States Department of
Labor, Jocelyn Sweeting, Investigator, United
States Department of Labor,
        Defendants

**Affidavit of Service Upon the United States Attorney
For the Eastern District of Pennsylvania**

The undersigned being duly sworn deposes and says:

    1. She is an adult citizen of the United States and Commonwealth of Pennsylvania.

2. She is not a party or counsel in the above captioned matter.

3. On July 24, 2009, the affiant served the Complaint in the above captioned case upon the United States Attorney For the Eastern District of Pennsylvania.

4. Service was made in compliance with Federal Rule of Civil Procedure 4(i).

5. Service was made by certified mail, return receipt to the Civil Process Clerk, United States Attorney's Office 615 Chestnut Street, Suite 1250, Philadelphia, Pa. 19106 and a copy of the signed and dated return receipt is attached hereto

SWORN & SUBSCRIBED:

*Michelle Fogel Sullivan* [signature]

[Notarial Seal: COMMONWEALTH OF PENNSYLVANIA, NOTARIAL SEAL, MICHELLE FOGEL SULLIVAN, Notary Public, Bridgeport Boro., Montgomery County, My Commission Expires September 30, 2011]

[signature]
Nancy Bonner
Paralegal
200 W. Fourth St.
Bridgeport, Pa, 19405

August 17, 2009

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _illegible_    ☑ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
S. W. 2001407    7/24/09

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

1. Article Addressed to:

   Civil Process Clerk
   United States Attorney's Office
   615 Chestnut Street
   Suite 1250
   Philadelphia, PA 19106

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0003 4525 7797

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _illegible_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No
600/32

1. Article Addressed to:

   Eric H. Holder, Jr.
   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0003 4525 7803

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540