IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. KORESKO, V, et al.         :
                                    :
    Plaintiff                       :
                                    :
v.                                  :    CIVIL ACTION NO. 09-cv-3152
                                    :
HILDA SOLIS, Secretary, U.S. Department :
of Labor, et al.                    :
                                    :
    Defendants                      :

## ORDER

AND NOW, this 19th day of Oct., 2009, following a hearing in Civil Action No. 09-cv-3152, the parties have agreed to the following and it is so ORDERED that:

1. Counsel for defendants will accept service on behalf defendants, except Secretary of the U.S. Department of Labor, Hilda Solis. Plaintiff will effect service by certified mail to: U.S. Attorney's Office, c/o Susan R. Becker, Assistant United States Attorney, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106.

2. Counsel for defendants will file a response to plaintiff's complaint on behalf of all defendants by December 16, 2009.

3. The parties will confer regarding the issue of service on the Secretary of the U.S. Department of Labor, Hilda Solis. The parties will report to the Court by letter on the status of this issue by October 23, 2009.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES
Judge, United States District Court