IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. KORESKO, V, et al.  :  CIVIL ACTION
                            :
         v.                 :
                            :
HILDA SOLIS, SECRETARY,     :
UNITED STATES DEPARTMENT    :
OF LABOR, et al.            :  NO. 09-3152

ORDER

AND NOW, this 10th day of November, 2011, upon consideration of the defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Docket No. 40), the plaintiffs' response in opposition, the defendants' brief in further support, and for the reasons stated in a memorandum bearing today's date, IT IS HEREBY ORDERED that the motion is GRANTED.  All claims presented in the amended complaint are DISMISSED with prejudice.

                                        BY THE COURT:

                                        /s/ Mary A. McLaughlin
                                        MARY A. McLAUGHLIN, J.